UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

DOROTHY J. WHITE                           CIVIL ACTION

VERSUS                                     NO. 10-2505

TEST AUTOMATION & CONTROLS, INC.           SECTION "B"(5)

**ORDER**

Considering the foregoing Motion for Reconsideration (Rec. Doc. No. 28) of the Order granting summary judgment in favor of the defendant (Rec. Doc. No. 27),

**IT IS ORDERED** that the Motion is **DENIED**. Plaintiff fails to show or allege that she filed a charge of discrimination with the EEOC against Defendant or received a right to sue letter from the EEOC. As conditions precedent to filing a discrimination lawsuit, noncompliance with the aforementioned administrative requirements leads to dismissal of this action. *Dollis v. Rubin*, 77 F.3d 777, 781 (5th Cir. 1995), *abrogated in part on other grounds by Burlington N. & Sante Fe Ry. Co. v. White*, 548 U.S. 53, 67 (2006); *Pacheco v. Mineta*, 448 F.3d 783 (5th Cir. 2006); 42 U.S.C. 2000(e), 5(e), & (f). Further, Plaintiff does not allege a waiver of estoppel argument to excuse noncompliance and none is found on the face of this record. We do note, however, that dismissal grounded

on no jurisdiction is mandated, rather than summary judgment. Accordingly, the instant matter is dismissed.

New Orleans, Louisiana, this 30th day of April, 2012.

_____
UNITED STATES DISTRICT JUDGE